IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Donna Duke-Koelfgen, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Alamo Community College District § <br> (AKA Alamo Colleges District), § <br> § <br> Defendant. § | Case No.: 5:22-cv-01010-JKP-ESC |

## DEFENDANT'S ADVISORY TO COURT

Defendant Alamo Community College District writes to the Court due to the imminent dispositive motions and *Daubert* motion deadlines under the current Scheduling Order (Doc. 11), both set for Friday, September 15, 2023, as well as the discovery deadline that passed on August 18, 2023. The parties have been unable to complete discovery. On July 24, 2023, in advance of these deadlines, the parties filed their agreed Proposed First Amended Scheduling Order (Doc. 16). Given the deadlines in question and that the Proposed First Amended Scheduling Order is the first extension sought by the parties, Defendant respectfully requests consideration and ruling of the proposed First Amended Scheduling Order.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Mario A. Barrera*
    Mario A. Barrera
    State Bar No.  01805915
    mario.barrera@nortonrosefulbright.com
111 W. Houston Street, Suite 1800
San Antonio, TX  78205
Telephone:     (210) 224-5575
Facsimile:     (210) 270-7205

Counsel for Defendant
Alamo Community College District

137290899.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 14th day of September, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Morteza Benjamin Karimi
  3559 Lake Austin Blvd., Apt. E
  Austin, Texas  78703
  benjamin.karimi@attorneykarimi.com

                              */s/ Mario A. Barrera*
                              Mario A. Barrera