IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONNA DUKE-KOELFGEN, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-01010-JKP |
| vs. | § § | |
| ALAMO COLLEGES DISTRICT, | § § § | |
| *Defendant.* | § § | |

**ORDER**

  Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings. The Court is in receipt of the parties' Advisory [#17], in which the parties ask the Court to issue a ruling on their Amended Scheduling Order [#16] filed with the Court on July 24, 2023. The Amended Scheduling Order was not filed as a motion seeking relief from the Court. Nor does the Amended Scheduling Order refer to the standards governing amendments to Scheduling Order deadlines in the Federal Rules of Civil Procedure or address the good cause factors this Court considers in evaluating whether to grant extensions. If the parties are requesting that the Court issue an Amended Scheduling Order, they should file a joint motion in which they explain the reasons for the requested extensions and address the governing legal standard.

  SIGNED this 15th day of September, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE